**Exhibit 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-698-357**

Effective date of registration:

August 27, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Down On The Farm

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 26, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture, Artwork/Photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp
**Name:** Marc J Randazza, Esq
**Email:** copyright@excelsiormedia.com     **Telephone:** 888-267-2462
**Address:** 302 Washington Street
STE 321
San Diego, CA 92103 United States

## Certification

**Name:** Jason Gibson
**Date:** August 26, 2010

**Applicant's Tracking Number:** DVD-Down On The Farm

---