Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
10620 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOES 1-62,<br><br>　　　　　Defendants | Case No. 11-CV-575-MMA-NLS<br><br>STATUS REPORT |

1.　Pursuant to this Court's Order (ECF 17), Plaintiff hereby files this status report.

2.　On May 13, 2011, the Plaintiff served copies of this Court's Order, a subpoena requesting certain Internet subscriber information, as well as a letter explaining the requirements of the subpoena and Court Order on Charter Communications, Clearwire Corporation, Comcast Cable, Cox Communications, Earthlink, Insight Communications Company, Qwest Communications, RCN Corporation, Time Warner d/b/a Road Runner, and Verizon Internet Services.

3.　On May 17, 2011, Charter informed Plaintiff that it would require an additional 5 days beyond the Court allotted 7 days to research its records and provide notice to its customers.  The Plaintiff, therefore, extended the due date for Charter's subpoena response by an additional 5 days to allow for this additional notification time.

4.　On or about June 6, 2011, Clearwire Corporation notified Plaintiff that it was unable to locate any responsive records.  As such, no subscriber notices were sent out.

5. On May 26, 2011, Comcast Communications contacted the undersigned in order to request an extension of time for its subpoena response and indicated that notification had been sent. The response extension was granted to accommodate for any delay in notification.

6. Cox Communications has indicated that, despite receiving this Court's Order before the expiration of its subscriber data, it allowed the data to be overwritten and thus is unable to identify its subscribers.

7. While Plaintiff has asked the remaining ISPs to verify the date that notification was issued to each subscriber, the Plaintiff is still waiting to receive a response.

8. Currently, the Plaintiff has received subpoena responses from Charter, Insight, Qwest, and Verizon.

9. Should the Plaintiff be able to verify the date the remaining ISPs sent out notification, Plaintiff will file a supplemental report.

Dated: July 5, 2011                    Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
10620 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on July 5, 2011.

Dated: July 5, 2011                                  Respectfully submitted,

                                                       s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
10620 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com