IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA AT SAN DIEGO

| | |
|---|---|
| LIBERY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-62,<br><br>Defendants. | NO. 11-CV-575-MMA-NLS<br><br>**MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(c)(3)**<br><br>**AND**<br><br>**MOTION TO DISMISS PERSUANT TO FED. R. CIV. P 12(b)(2)** |

NOW COMES W. H., an individual associated with IP address 63.226.224.37, by special appearance, and proceeding anonymously as allowed in this Court's May 12, 2011 Order, moves the Court to Quash the Subpoena issued to Qwest Communications (Qwest) dated May 13, 2011 pursuant to Fed. R. Civ. P. 45(c)(3) and further moves the Court to dismiss W. H. from the action pursuant to Fed. R. Civ. P. 12(b)(2) for the reasons more fully set forth herein.

W.H. moves the Court to quash the subpoena allowing Plaintiff to obtain records from Qwest which would identify W. H. to the Plaintiff. The subpoena was authorized by this

Court by an Order entered May 12, 2011. On or about May 22, 2011, W.H. received notice of the subpoena to Qwest and a copy of this Court's order.

W. H. contests this subpoena, as he or she is not a resident of California and lacks sufficient minimum contacts with the instant venue to properly be called to answer in the instant venue. W. H. lacks any continuing contacts with this forum, let alone regular and persistent contact required to confer jurisdiction upon this honorable Court. Accordingly, dismissal of W. H. from this action pursuant to Fed. R. Civ. P. 12(b)(2) and/or 12(b)(3) is necessary and appropriate.

Because venue is improper and this court lacks personal jurisdiction over W.H., and the only purpose of the subpoena issued by Plaintiff to W.H.'s Internet Service Provider is to disclose W. H.'s true name and identity so that s/he may be served with a summons and complaint in this action, enforcing the subpoena would violate the Court's duty to avoid imposing an undue burden on Defendants. Accordingly, completely quashing the subpoena and dismissing this action pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv) is the most reasonable course of action this court could take.

Because the internet access used by W. H. is shared with numerous other parties, the Plaintiff also fails to sufficiently allege that the acts complained of in its Complaint are the personal responsibility of W. H. and not any other user of IP address 63.226.224.37.

WHEREFORE, for the reasons set forth above, W. H. respectfully requests that this Court QUASH the subpoena issues for W. H.'s records addressed to Qwest, and DISMISS W.H. from this action.

DATED this 9th day of June, 2011 and

Respectfully submitted,

_____WH_____
W. H., *pro se*

Responsive Pleadings may be served upon
W. H.
c/o Robert A. Beattey, Esq.
Spencer Law Firm, LLC
1326 Tacoma Ave S, STE 200
Tacoma, Washington 98402
(The above-identified attorney is serving only as an agent to allow for correspondence between the parties while preserving the anonymity of movant. Attorney Beattey does not represent movant, did not write or file the above pleading, and is not admitted to practice in the Southern Dist. of California.)

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of June 2011, s/he caused a copy of the foregoing **MOTION TO QUASH/DISMISS** to be served upon the following persons in the below-identified manner.

Marc J. Randazza
Randazza Legal Group
10620 Southern Highlands Parkway #110-454
Las Vegas, NV 89141

By United States Postal Service, postage prepaid

Craig Carter
Sr. Securty Specialist, Qwest Communications
1801 California Street, 11th Fl
Denver, CO 80202

By United States Postal Service, postage prepaid

_____WH_____
W. H.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA AT SAN DIEGO

| | |
|---|---|
| LIBERY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-62,<br><br>Defendants. | NO. 11-CV-575-MMA-NLS<br><br>**DECLARATION OF DOE DEFENDANT W.H. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND QUASH SUBPOENA** |

NOW COMES W. H., an individual associated with IP address 63.226.224.37, by special appearance, and proceeding anonymously as provided for in this Court's May 12, 2011, Order, does hereby state and declare as follows:

1. I am over the age of eighteen years old.

2. I am competent to testify as to all matters stated herein.

3. This declaration is made on personal knowledge of the facts contained herein.

4. I am not a resident of the State of California.

5. I do not have sufficient minimum contacts with the State of California that I would be subject to the general jurisdiction where this honorable Court sits. Specifically

11cv0575

1

with respect to the instant claims, I have had no contact with the State of California.

6. I am a customer of Qwest Communications which provides Internet access to me and others in my household

7. At the time and date of the acts alleged in the Plaintiff's Complaint Qwest had assigned our household the IP address of 63.226.224.37.

8. My household is shared with other parties, and any number of visitors, who all share this same Internet access.

9. Therefore, numerous parties conduct themselves on the Internet using the IP address assigned by Qwest at any particular time.

I declare, under the penalty of perjury under the laws of this State, that the foregoing is true and correct.

DATED this 9th day of June, 2011 and signed at: REDACTED, REDACTED.

By: ___W H___
W. H.