UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-62,<br><br>Defendants | Case No. 11-CV-575-MMA-NLS<br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Liberty Media Holdings ("Liberty") and Defendant William Sauder move this Court for the entry of a Final Judgment in this case. The parties have reached an agreement that this action should be resolved consistent with the terms that are reflected in the Consent Judgment filed herewith as Exhibit A.

### Memorandum of Law

Settlements are "highly favored" under the law. *Pearson v. Ecological Science Corp.*, 522 F.2d 171, 176 (5th Cir. 1975), *cert. denied*, 425 U.S. 912 (1976). This is also the case in disputes involving intellectual property. *See* Flex-Foot, Inc. v. CRP, Inc., 238 F.3d 1362, 1370 (Fed. Cir. 2001) ("Settlement agreements must be enforced if they are to remain effective as a means for resolving legal disagreements. Upholding the terms of settlement agreements encourages [intellectual property] owners to agree to settlements and promotes judicial economy").

The parties have settled this matter on the terms included in the Consent Judgment presented to this Court in Exhibit A. Should the Court approve of the terms, the parties jointly desire that this Court enter a judgment in a form identical, or substantially similar, to that

presented. *See Donovan v. Robbins*, 752 F.2d 1170, 1177 (7th Cir. 1985) citing *SEC v. Randolph*, 736 F.2d 525, 529 (9th Cir. 1984) (finding that a consent decree should be approved unless it is "unfair, inadequate or unreasonable").

There has been a meeting of the minds between the parties. As such, they stipulate that the consent judgment is fair, adequate and reasonable, as required by law. Thus, the parties move the Court to enter judgment as presented in Exhibit A.

Date: September 26, 2011

Respectfully Submitted,

PLAINTIFF'S COUNSEL

RANDAZZA LEGAL GROUP

s/ Marc J. Randazza
Marc J. Randazza
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113 (phone)
305-437-7662 (fax)

DEFENDANT

WILLIAM SAUDER

William Sauder
P.O. Box 237
2004 Spruce Hills Drive
Glen Gardner, NJ 08826-0237